**COMMONWEALTH of Kentucky, DEPART-MENT OF HIGHWAYS, Appellant,**

**v.**

**R. B. KETCHERSID and Clara Ketchersid, wife, Appellees.**

Court of Appeals of Kentucky.

Nov. 12, 1965.

Robert Matthews, Atty. Gen., William A. Lamkin, Jr., Asst. Atty. Gen., Frankfort, Charles W. Huddleston, Dept. of Highways, Bowling Green, Robert J. Beale, Dept. of Highways, Frankfort, for appellant.

Thomas W. Hines, Bowling Green, for appellees.

DAVIS, Commissioner.

The Department of Highways appeals from a judgment awarding appellees $4,250 in this condemnation action. Appellees have not filed any brief, and by correspondence to the clerk of this court have stated that none will be filed.

Pursuant to RCA 1.260(c)(3) we regard the appellees' failure to file brief as a confession of error and reverse the judgment without considering the merits of the case.

The judgment is reversed with directions to grant a new trial.

PALMORE and MILLIKEN, JJ., dissenting.

**48**

PALMORE, Judge (dissenting).

Though it shows only in the evidence, and not by the pleadings, the actual amount in controversy on this appeal is $2030. The alleged errors mentioned in appellant's brief do not appear to be of a substantial nature. At least one of them was not an error at all. Perhaps the rest would be found in the same category on a simple examination of the merits. I feel that landowners are being subjected to undue technicalities, indiscriminate appeals, unfair delay, and unnecessary expense in the great tide of condemnation cases coming before this court, and I do not think we should condone and aggravate the situation with a flood of easy reversals—one of which, I suspect, is this one.

MILLIKEN, J., joins in this dissent.